# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTORIA-JOY GODWIN,
                Appellant,
vs.
DRISS SBAI; AND BTISSAM GHALMI,
                Respondents.

No. 69646

**FILED**

FEB 0 1 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order granting a motion to dismiss appellant's complaint. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

                          _____, J.
                          Douglas

_____, J.         _____ J.
Cherry                         Gibbons

16-03306

cc: Hon. Kerry Louise Earley, District Judge
Victoria-Joy Godwin
Btissam Ghalmi
Driss Sbai
Eighth District Court Clerk